UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEJANDRO
MARTINEZ-HERNANDEZ,

    Petitioner,　　　　　　　　　　　Case No. 20-cv-10966
　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

REBECCA ADDUCCI, *et al.*,

    Respondents.
_____/

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF Nos. 5, 8)

Petitioner Alejandro Martinez-Hernandez is currently in the custody of United States Immigration and Customs Enforcement. He is incarcerated at the Monroe County Dormitory in Monroe, Michigan.

On April 20, 2020, Martinez-Hernandez filed a petition for a writ of habeas corpus in this Court. (*See* Pet., ECF No. 1.) He seeks release from custody due to the ongoing COVID-19 pandemic. (*See id.*) Following a status conference with counsel, Martinez-Hernandez filed a motion for a temporary restraining order seeking release while his petition is fully adjudicated. (*See* Mot., ECF Nos. 5, 8.)

The Court held a hearing on Martinez-Hernandez's motion on May 12, 2020. (*See* Notice of Hearing, ECF No. 6.) For all of the reasons stated on the record during that hearing, the motion is **DENIED WITHOUT PREJUDICE.** Martinez-

Hernandez may renew his motion if he obtains additional evidence to support his claim for temporary relief.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764